Star Wholesale Grocery Company, appellee, v. Division State Bank, appellant. Gen. No. 32,778.

Opinion filed December 19, 1928. Schuyler, Weinfeld & Parker, for appellant; Carl J. Appell and Howard D. Moses, of counsel. Samuel H. Rosenthal, for appellee. Mr. Justice Ryner delivered the opinion of the court.

H. A. Swigert, appellant, v. Harris Trust and Savings Bank, appellee. Gen. No. 32,516.

Opinion filed December 19, 1928. Rehearing denied January 2, 1929. Dent, Dobyns & Freeman, for appellant. Cutting, Moore & Sidley for appellee; J. Dwight Dickerson and Edwin C. Austin, of counsel. Mr. Justice Wilson delivered the opinion of the court.

William A. Beaudry, trading as Wm. A. Beaudry Landscape Organization, appellee, v. Dillwyn M. Bell et al., defendants. Dillwyn M. Bell and Levaughn Bell, appellants. Gen. No. 32,715.

Opinion filed December 19, 1928. Loucks, Eckert & Peterson, for appellants; Tom Leeming, of counsel. Sass & Hood, for appellee. Mr. Justice Wilson delivered the opinion of the court.

Phil. Ernst O. Schnell, defendant in error, v. Apex Motor Fuel Company, plaintiff in error. Gen. No. 32,729.

Opinion filed December 19, 1928. D'Ancona & Pflaum, for plaintiff in error. Loewenstein & Rabinoff, for defendant in error; Maurice J. Ginsberg, of counsel. Mr. Justice Wilson delivered the opinion of the court.